UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**KEVIN EASLEY,**

    Plaintiff,

**CASE NO.   3:11-CV-377**

-vs-

**Judge Timothy S. Black**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

_____

**JUDGMENT IN A CIVIL CASE**
_____

**[ ]   Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[X]   Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that ALJ's Non-Disability Finding is **FOUND SUPPORTED BY SUBSTANTIAL EVIDENCE**, and is **AFFIRMED**; and that the case is **TERMINATED** from the docket of the Court.

Date: August 7, 2012                                              **JAMES BONINI, CLERK**

                                                             By: *s/ M. Rogers*
                                                                 Deputy Clerk