# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**KEVIN EASLEY,**

    Plaintiff,

**-vs-**

CASE NO. 3:11-CV-377

Judge Timothy S. Black

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

_____

## JUDGMENT IN A CIVIL CASE
_____

[ ] **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X] **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that ALJ's Non-Disability Finding is **FOUND SUPPORTED BY SUBSTANTIAL EVIDENCE**, and is **AFFIRMED**; and that the case is **TERMINATED** from the docket of the Court.

Date: August 7, 2012                                                                           **JAMES BONINI, CLERK**

                                                                                           By: *s/ M. Rogers*
                                                                                              Deputy Clerk